IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-02724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*West Val Pharmacy et al. v. Actavis Holdco U.S., Inc. et al.* | 2:18-cv-02533-CMR |

**JOINT ENTRY OF APPEARANCE TO THE CLERK:**

Kindly enter the appearances of Jan P. Levine, Robin P. Sumner, Jeffrey A. Carr, Michael J. Hartman, Connie Lee, Dennie B. Zastrow, and Kaitlin L. Meola of Pepper Hamilton LLP, as counsel on behalf of Defendant West-Ward Pharmaceuticals Corp. in the above-captioned matter.

Dated: April 24, 2020

PEPPER HAMILTON LLP

/s/ Jan P. Levine
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
levinej@pepperlaw.com

/s/ Robin P. Sumner
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
sumnerr@pepperlaw.com

/s/ Jeffrey A. Carr
301 Carnegie Center, Suite 400
Princeton, NJ 08543
Tel. (609) 452-0808
carrj@pepperlaw.com

/s/ Michael J. Hartman
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
hartmanm@pepperlaw.com

/s/ Connie Lee
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
leeco@pepperlaw.com

s/ Dennie B. Zastrow
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
zastrowd@pepperlaw.com

/s/ Kaitlin L. Meola
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
meolak@pepperlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of April, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF, which will serve a copy on all interested parties registered for electronic filing, and that the document is available for viewing and downloading from the ECF System.

      /s/ Dennie B. Zastrow