IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-md-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>INDIRECT RESELLER PLAINTIFF ACTIONS | CIVIL ACTIONS:<br><br>17-cv-3821 / 16-PV-27243 |
| THIS DOCUMENT RELATES TO ALL INDIRECT RESELLER PLAINTIFF (IRP) ACTIONS | 18-cv-2533<br><br>19-cv-6044 |

### MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Reliable Pharmacy; West Val Pharmacy; Halliday's & Koivisto's Pharmacy; Russell's Mr. Discount Drugs; Falconer Pharmacy; Chet Johnson Drug; and North Sunflower Medical Center; ("IRP Class Representatives" or "IRPs,") respectfully file this Motion for Preliminary Approval of Class Action Settlement ("Motion"). In support of this Motion, the parties state as follows:

1. In 2017, 2018, and 2019, IRPs filed the above-captioned actions alleging that Apotex participated in a conspiracy to allocate market share and increase the prices of certain generic drugs sold in the United States.

2. As detailed in the accompanying memorandum, the Plaintiffs engaged in extensive investigation and discovery of their claims as part of a multi-district litigation pre-trial process.

After six years of litigation and extensive arms-length negotiations between experienced counsel, the parties have reached a comprehensive settlement agreement ("Settlement").

IRPs respectfully move for entry of the proposed Order Granting Motion for Preliminary Approval, attached as an Exhibit C to this Motion. The proposed Order provides for:

a) Certification of the Settlement Class;

b) Appointment of Settlement Class Counsel; and

c) Preliminary approval of the Settlement Agreement between IRPs and Apotex.

Accompanying this Motion, IRPs submit the following related Exhibits:

A. Memorandum of Law in support of the Motion

B. Declaration by Christian Hudson (includes copy of the Settlement Agreement)

C. Proposed Order Granting Motion for Preliminary Approval

D. Proposed Order for Final Approval (*no Court action currently required*)

Dated: April 3, 2024

Respectfully submitted,

*/s/ Christian Hudson*

Christian Hudson

**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
(202) 789-3960
(202) 789-1819 (fax)
christian@cuneolaw.com

*Lead Counsel and Settlement Class Counsel for the Indirect Reseller Plaintiffs*